```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------- X
                                         :    20cv563 (DLC)
BELLRIDGE CAPITAL, L.P.,                 :
                                         :         ORDER
                    Plaintiff,           :
          -v-                            :
                                         :
PROVISION HOLDING, INC.,                 :
                                         :
                    Defendant.           :
                                         :
---------------------------------------- X
```

DENISE COTE, District Judge:

On March 4, 2020, plaintiff received a clerk's certificate of default as to defendant Provision Holding, Inc. By a memo endorsement of the same day, plaintiff was instructed to make any application for entry of default by March 11. Plaintiff has not made such an application. Accordingly, it is hereby

ORDERED that any application for an entry of default shall be made by **March 27**. If no such application is made by that date, the case will be dismissed for failure to prosecute.

Dated:  New York, New York
        March 17, 2020

                                    _____
                                           DENISE COTE
                                    United States District Judge