UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------X
                                      :
BELLRIDGE CAPITAL, L.P.,              :
                                      :
                  Plaintiff,          :          20cv563 (DLC)
         -v-                          :
                                      :                ORDER
PROVISION HOLDING, INC.,              :
                                      :
                  Defendant.          :
                                      :
--------------------------------------X

DENISE COTE, District Judge:

     The plaintiff having requested a default judgment on March
25, 2020, it is hereby

     ORDERED that the plaintiffs shall serve this Order and the
underlying papers on the defendant on or before **April 1, 2020.**
In addition to service through the Nevada Secretary of State,
the papers shall be served by certified overnight mail to 9253
Eton Avenue, Chatsworth, CA 91311.

     IT IS FURTHER ORDERED that a default judgment hearing will
be held at **2:00 p.m.** on **April 17.**  Due to the ongoing outbreak
of COVID-19, the hearing will be held telephonically.  The
parties shall use the following dial-in credentials to appear at
the hearing:

     Dial-in:      888-363-4749

     Access code:  4324948

Failure of the defendant to appear will result in entry of a default or a default judgment.

IT IS FURTHER ORDERED that the parties shall use a landline if one is available.


Dated:    New York, New York
          March 30, 2020

_____
DENISE COTE
United States District Judge