UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------X
                                        :
BELLRIDGE CAPITAL, L.P.,                :
                                        :
                    Plaintiff,          :        20cv563 (DLC)
         -v-                            :
                                        :        ORDER
PROVISION HOLDING, INC.,                :
                                        :
                    Defendant.          :
                                        :
---------------------------------------X

DENISE COTE, District Judge:

    On March 25, 2020, the plaintiff moved for a default
judgment.  By an Order of March 30, plaintiff was directed to
serve the default judgment papers on the defendant at the
business address listed on its website.  On April 1, plaintiff's
counsel filed an affidavit attesting that such service had been
made by overnight mail.  The Court takes notice that California,
the state in which defendant has its business address, was then
and is currently under a stay-at-home order due to COVID-19.[1]
Consequently, mail service may not have been effective.  A
default judgment hearing is currently scheduled for April 17 at
2:00 p.m.  Accordingly, it is hereby

    ORDERED that plaintiff's counsel shall immediately attempt
to contact the defendant through the telephone number and

---

[1] See Office of the Governor of California, Governor Gavin Newsom
Issues Stay at Home Order (Mar. 19, 2020), https://
www.gov.ca.gov/2020/03/19/governor-gavin-newsom-issues-stay-at-
home-order.

"Contact Us" function found on the defendant's website, https://www.provision.tv/contact.

Dated:      New York, New York
            April 16, 2020

                                    _____
                                            DENISE COTE
                                    United States District Judge