UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X

| | | |
|---|---|---|
| BELLRIDGE CAPITAL L.P., a Florida Limited Partnership, | : | Case No.: 20-cv-563 |
| | : | |
| Plaintiff, | : | **[PROPOSED]** |
| | : | **JUDGMENT AND ORDER** |
| - against - | : | |
| | : | |
| PROVISION HOLDING, INC., a Nevada Corporation | : | |
| | : | |
| Defendant. | : | |
| | : | |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X

This matter having been commenced on January 22, 2020, by the filing of a Summons and Complaint, the Court finds as follows:

      1.  A copy of the summons and complaint was served on Defendant Provision Holding, Inc., by personally serving the Nevada Secretary or State, on February 11, 2020. Proof of service was filed on February 12, 2020. (Dkt. 9).

      2.  Accordingly, Defendant was required to answer or otherwise move by March 3, 2020.

      3.  To date, Defendant has failed to answer, appear or otherwise move,

      4.  Plaintiff requested the Certificate of Default on March 4, 2020, (Dkt. 12), and the Clerk of the Court noted Defendant's default on March 4, 2020, and filed a Certificate of Default against Defendant. (Dkt. 13).

THEREFORE, it is ORDERED, ADJUDGED, AND DECREED: That the Court enter judgment against Defendant for the amount of $128,492.96, plus 24% default interest, from September 19, 2018, in the amount of $51,936.08, for a total judgment of $180,429.04.

Dated: New York, New York
       April 17, 2020

                                                   DENISE COTE
                                  United States District Judge